IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00311-CV

 

Tom Matis and Gary Sorenson,

                                                                      Appellants

 v.

 

Mark Golden, Brian Kosoglow

and Jonathan Deming,

                                                                      Appellees

 

 



From the 361st District Court

Brazos County, Texas

Trial Court No. 02-002559-CV-361

 



CONCURRING Opinion










 

          I cannot let the importance of the
dismissal of the first issue go in the understated manner of the majority
opinion.  The importance of that holding is that if a 120a special appearance
motion is denied, the exclusive remedy is by an immediate accelerated appeal of
the interlocutory order under Texas Civil Practice and Remedies Code section
51.014(a)(7).  Tex. Civ. Prac. &
Rem. Code Ann. § 51.014(a)(7) (Vernon Supp. 2006).  That holding means
the losing party cannot wait until the end of the proceeding and then appeal
the denial of the special appearance, but must instead comply with the
requisites of timely filing a notice of appeal for the accelerated appeal.  See
Tex. R. App. P. 26.1(b), 28.1.

 

                                                          TOM
GRAY

                                                          Chief
Justice

 

Concurring
opinion delivered and filed May 16, 2007